IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-691-FL

| | |
|---|---|
| BADGER METER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ON JOINT MOTION FOR** |
| v. ) | **REMOTE STATUS CONFERENCE** |
| ) | |
| TRAVIS SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Motion for Remote Status Conference (D.E. 20) requesting that the Court reschedule the January 4, 2024 status conference set to be held in person in New Bern at 11:00 A.M. as a remote status conference telephonically or by video conference at the same date and time. It appears to the Court that the parties make this request in good faith for the reasons set forth in the motion and that there is good cause for the motion, therefore the parties' motion is GRANTED.

The January 4, 2024 status conference previously scheduled to be held in person in New Bern at 11:00 A.M. is hereby reset and rescheduled as a remote telephonic conference on the same date and time. The Clerk will separately issue counsel instructions for joining the conference.

SO ORDERED, this the 3rd day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge